**IMPORTANT NOTICE: Courtesy copies of documents you file should NOT be provided to any judge. All communications with the court SHALL ONLY be by document filed with the Clerk of Court.**

RECEIVED
IN ALEXANDRIA, LA.

FEB 2 3 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO. CR06-10030-04 |
| VERSUS | |
| KEVIN MORRIS | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

Morris filed a "motion to withdraw federal detainer" (Doc. 134). Morris was convicted in June 2007, in the United States District Court for the Western District of Louisiana in Alexandria, Louisiana, pursuant to a guilty plea on one count of conspiracy to defraud the United States and was sentenced to fifteen months imprisonment, to run concurrently with any undischarged term of imprisonment, including the Louisiana state sentence Morris was serving at that time, and three years supervised release and a fine (Docs. 69, 73). Morris is presently incarcerated in the Winn Correctional Center in Winnfield, Louisiana, apparently still serving his state sentence.

Morris asks this court to withdraw the federal detainer[1]

---

[1] A detainer is a request filed by a criminal justice agency with the institution in which a prisoner is incarcerated, asking

concerning CR No. 06-10030-04 (the above-captioned case), 18 U.S.C. § 371. It appears the detainer pertains to the concurrent fifteen month federal sentence of imprisonment imposed in the above-captioned case which has run.

In response to this court's order (Doc. 139), the Respondent submitted an uncertified copy of a FAX from the United States Marshal's Service to the Winn Correctional Center dated July 30, 2008, authorizing WCC officials to remove the detainer lodged by the USMS on Kevin Morris because his federal sentence was satisfied as of July 27, 2008 (Doc. 140, Ex.). Attached to that FAX was a sentence calculation on Kevin Morris from the Bureau of Prisons which showed he had completed his federal sentence.

At the request of this court, the United States Marshal's Service contacted Winn Correctional Center, determined that WCC had failed to remove the detainer when authorized to do so in July 2008, and has established that the federal detainer on Morris has now been removed by WCC (see attached letter from WCC).

Therefore, Morris' Section 2241 habeas petition (Doc. 134) should be denied as moot.

## Conclusion

Based on the foregoing discussion, IT IS RECOMMENDED that Morris' Section 2241 habeas petition **(Doc. 134)** be DENIED AND

---

the institution either to hold the prisoner for the agency or to notify the agency when release of the prisoner is imminent. Carchman v. Nash, 473 U.S. 716, 719, 105 S.Ct. 3401, 3403 (1985).

DISMISSED AS MOOT.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **fourteen (14) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the district judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 23rd day of February, 2010.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE

WINN CORRECTIONAL CENTER
P.O. BOX 1260
WINNFIELD, LOUISIANA 71483
(318) 628-3971

February 19, 2010

United states Marshal's Office
300 Fannin Street Suite 1202
Shreveport, LA 71101-6304

ATTN: WARRANTS

RE: Kevin Morris
LA DOC # 00352802 B/M
SID #002133283

DEAR SIR OR MADAM,

THIS IS TO ADVISE YOU THAT EFFECTIVE FEBRUARY 19, 2010 WE REMOVED YOUR LETTER OF DETAINER AGAINST THE ABOVE SUBJECT AND HAVE MARKED OUR RECORDS TO SHOW THAT HE IS NO LONGER WANTED BY YOUR OFFICE. ANY CORRESPONDENCE REGARDING THIS INMATE SHOULD BE DIRECTED TO THIS OFFICE.

IF THIS OFFICE CAN BE OF FURTHER ASSISTANCE, PLEASE ADVISE.

SINCERELY,

*Brandy Johnson*

BRANDY JOHNSON/ RECORDS CLERK

CC
INMATE
INMATE'S FILE